UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE: COUNTRYWIDE FINANCIAL CORPORATION
MORTGAGE LENDING PRACTICES LITIGATION

Master File No.  08-md-1974          JUDGE HEYBURN
MDL No. 1974                          MAG. JUDGE WHALIN

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

Upon stipulations of dismissal of all parties involved in this multidistrict litigation master file and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that this master file **08-MD-1974** be now administratively closed and the Clerk of Court send notice to the Clerk of Court, Jeffrey N. Luthi, United States Judicial Panel on Multidistrict Litigation that this action is now closed.

Date: August 14, 2013

*[signature]*
John G. Heyburn II, Judge
United States District Court

August 14, 2013

Copies to:
Counsel of Record

Clerk of Court, USJP-MDL